FILED
November 6, 201
CLERK, US DISTRICT COU
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>JEREME DAVIS,<br><br>      Defendant. | Case No. 2:13-mj-00342-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JEREME DAVIS, Case No. 2:13-mj-00342-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   ___   Bail Posted in the Sum of: $

          ___   Co-Signed Unsecured Appearance Bond

          ___   Secured Appearance Bond

   **X**   (Other) <u>Conditions as stated on the record.</u>

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>11/6/2013</u> at 2:23 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge