HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
JEREME DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEREME DAVIS,<br><br>　　　　　Defendant. | No. 2:13-mj-342 EFB<br><br>**STIPULATED REQUEST TO CONTINUE FURTHER STATUS CONFERENCE; [lodged] ORDER**<br><br>Judge: Honorable EDMUND F. BRENNAN |

Pursuant to Local Rule 144, Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Special Assistant U.S. Attorney Michael D. Stanley, and Defendant, JEREME DAVIS, by and through his attorney Assistant Federal Defender David M. Porter, hereby request that the further status conference currently set for December 9, 2013, be continued to Monday, January 6, 2014, at 10:00 a.m. The parties request the Court enter the order lodged herewith.

/////
/////
/////
/////
/////
/////
/////

Dated:  December 6, 2013

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>U.S. Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Michael D. Stanley*<br>MICHAEL D. STANLEY<br>Special Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | Attorneys for Defendant<br>JEREME DAVIS |

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefor, it is hereby ordered that the further status conference currently set for December 9, 2013, be CONTINUED to Monday, January 6, 2014, at 10:00 a.m.

Dated:  December 9, 2013

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE