HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JEREME DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEREME DAVIS,<br><br>　　　　　Defendant. | No. 2:13-mj-342 EFB<br><br>**STIPULATED REQUEST TO VACATE FURTHER STATUS CONFERENCE AND SET CASE FOR CHANGE OF PLEA AND SENTENCING; [lodged] ORDER**<br><br>Judge:  Honorable EDMUND F. BRENNAN |

　　　　Pursuant to Local Rule 144, Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Special Assistant U.S. Attorneys Ashwin Janakiram and Peter Mularczyk, and Defendant, JEREME DAVIS, by and through his attorney Assistant Federal Defender David M. Porter, hereby request the Court enter the order lodged herewith vacating the status conference currently set for January 13, 2014, and setting the case for change of plea and sentencing on Thursday, January 23, 2014, at 2:00 p.m., for the reasons set forth below.

　　　　At the status conference on January 6, 2014, the government requested additional time to complete the Rule 20 paperwork.  The paperwork has been now been received by the government and is being sent to Mr. Davis in Redding, California, for his signature.  Because the paperwork might not arrive before the scheduled status conference, the parties are requesting that the status conference be vacated, and that the case be placed on the January 23, 2014 calendar for change of

/ / /

plea and sentencing.

Dated: January 9, 2014

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>U.S. Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Peter Mularczyk*<br>PETER MULARCZYK<br>Special Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | Attorneys for Defendant<br>JEREME DAVIS |

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefor, it is hereby ordered that the further status conference currently set for January 13, 2014, is VACATED, and the case is set for change of plea and sentencing on Thursday, January 23, 2014, at 2:00 p.m.

Dated: January 9, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE