1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Petitioner
   JEREME DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-mj-342 EFB |
|---|---|
| Plaintiff, | **STIPULATED REQUEST TO RESCHEDULE CHANGE OF PLEA AND SENTENCING; [lodged] ORDER** |
| v. | |
| JEREME DAVIS, | |
| Defendant. | Judge: Honorable EDMUND F. BRENNAN |

Pursuant to Local Rule 144, Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Special Assistant U.S. Attorneys Ashwin Janakiram and Peter Mularczyk, and Defendant, JEREME DAVIS, by and through his attorney Assistant Federal Defender David M. Porter, hereby request the Court enter the order lodged herewith resetting the change of plea and sentencing currently set for January 23, 2014, to **Monday, January 27, 2014, at 10:00 a.m**., for the reasons set forth below.

The Rule 20 paperwork has been signed by Mr. Davis, but now must be sent to the Western District of Washington for additional signatures.  Because the paperwork might not arrive before the scheduled change of plea and sentencing, the parties are requesting that the

///

///

///

1 hearing be reset.

2 Dated: January 15, 2014

3 Respectfully submitted,

4 BENJAMIN B. WAGNER                                      HEATHER E. WILLIAMS
  U.S. Attorney                                                     Federal Defender

/s/ *Peter Mularczyk*                                              /s/ *David M. Porter*
PETER MULARCZYK                                           DAVID M. PORTER
Special Assistant U.S. Attorney                           Assistant Federal Defender

Attorneys for Plaintiff                                           Attorneys for Defendant
UNITED STATES OF AMERICA                          JEREME DAVIS

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefor, it is hereby ordered that the change of plea and sentencing currently set for January 23, 2014, is RESET, to **Monday, January 27, 2014, at 10:00 a.m**.

Dated: January 16, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2