UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREME DAVIS,<br><br>　　　　Defendant. | No. 2:13-mj-342 EFB<br><br>**[lodged] ORDER PERMITTING DEFENDANT TO WAIVE PERSONAL APPEARANCE AND APPEAR TELEPHONICALLY**<br><br>Judge: Honorable EDMUND F. BRENNAN |

Pursuant to Rule 43(c), Federal Rules of Criminal Procedure, the request of the Defendant, and good cause appearing therefor, the Court accepts Mr. Davis' waiver of personal appearance and will permit him to appear telephonically at the change of plea and sentencing in the above-entitled matter. Counsel for Mr. Davis shall provide all information necessary for the telephonic appearance to the courtroom deputy no later than January 24, 2014.

Dated: January 16, 2014.

　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE